1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON ALVAREZ,<br><br>                    Petitioner,<br><br>        v.<br><br>W.L. MONTGOMERY, Warden,<br><br>                    Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. SACV 15-00987 DMG (KS)<br><br>**ORDER ACCEPTING FINDINGS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that:  (1) federal habeas relief is GRANTED as to the *Brady* and *Napue* claims based on evidence of the State's promise of monetary compensation to witness Gonzales; (2) federal habeas relief is DENIED as to the *Brady* and *Napue* claims based on evidence of witness Gonzales's informant history; and (3) Judgment shall be entered as follows:  Unless Petitioner is brought to retrial within sixty (60) days of the date the Judgment

1  becomes final, Respondent shall release Petitioner from custody and shall relieve him of all

2  adverse consequences from his conviction in Orange County Superior Court Case No.

3  10CF2001.

4

5  DATED:  March 23, 2022

6                                                          DOLLY M. GEE
                                                        UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28