JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ALVAREZ,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>    Respondent. | NO. SACV 15-00987 DMG (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge and granting federal habeas relief, IT IS ADJUDGED that Petitioner shall be brought to retrial within sixty (60) days of the date this Judgment becomes final OR Respondent shall release Petitioner from custody and relieve him of all adverse consequences from his conviction in Orange County Superior Court Case No. 10CF2001.

DATED: March 23, 2022

                                                DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE